**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| | ) | |
| SHANDA MARIE ROBINSON | ) | BANKRUPTCY CASE NUMBER 08-11990 |
| | ) | CHAPTER 7 |
| DEBTOR. | ) | |

## NOTICE OF DEPOSIT OF UNCLAIMED FUNDS WITH CLERK

Comes now the undersigned, Yvette Gaff Kleven, Trustee, and by way of notice states the following:

1.   The undersigned is the duly appointed Chapter 7 Trustee in the bankruptcy in the above-entitled matter.

2.   The Trustee filed her Final Report And Distribution Summary on September 23, 2009, and issued checks as proposed in said proposed distribution.

3.   That Check #107 issued to Verizon North, Inc., 404 Brock Drive, Boomington, IL 61701 on October 20, 2009 in the amount of $5.61 has not been cashed.

4.   That the Trustee hereby gives notice that such amount of **$5.61** is being presented to the Clerk of the United States Bankruptcy Court for the benefit of such claimant.

Respectfully submitted,

___/s/ Yvette Gaff Kleven_____
Yvette Gaff Kleven, Chapter 7 Trustee
927 South Harrison Street
Fort Wayne, Indiana   46802
Telephone:   260 / 407-7000
ygk@sak-law.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 25th day of January, 2010, a true and correct copy of the above and foregoing Notice Of Deposit Of Unclaimed Funds With Clerk was transmitted electronically through the Bankruptcy Court's ECF System to:  United States Trustee, USTPRegion10.SO.ECF@usdoj.gov,, and was sent via first class United States mail, postage prepaid, to Verizon North, Inc., 404 Brock Drive, Boomington, IL 61701.

_____/s/ Yvette Gaff Kleven_____
Yvette Gaff Kleven